# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

MADISON B. TURNER,

      Plaintiff,

v.                                        Case No.  4:21-cv-163-AW-MJF

CHARLES T. CANADY, *et al.*,

      Defendants.

_____/

## ORDER

This matter is before this court on Plaintiff's notice of voluntary dismissal. (Doc. 16). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

Rule 41, therefore, grants Plaintiff an unconditional right to dismiss her complaint prior to serving the opposing party. *See Absolute Activist Value Master Fund, Ltd. v. Devine*, 998 F.3d 1258, 1264 (11th Cir. 2021) ("[Rule 41's] text plainly grants a plaintiff the right to dismiss—without a court order—'an action' prior to a defendant serving 'either an answer or a motion for summary judgment.'") (citation omitted). The dismissal is effective immediately upon the filing of a written notice of

Page 2 of 2

dismissal, and no subsequent court order is required. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (citation omitted).

Because Defendants have not been served, Plaintiff is entitled to a voluntary dismissal at this time.  The dismissal will be without prejudice.

Accordingly, it is **ORDERED**:

1.     In accordance with Plaintiff's notice, (Doc. 16), this action is **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2.     The clerk of the court shall close the case file.

**SO ORDERED** this 7th day of September, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**